# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Teuyl*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-149-678**

Effective Date of Registration:
September 02, 2018

## Title

| | |
|---|---|
| Title of Work: | Fenrir |
| Previous or Alternate Title: | Fenrir. Loki's Son. |
| | Fenrir-485C ( For work PSD file) |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | February 17, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Dmitry Valeryevich Barkov |
| Pseudonym: | RAIDHO |
| Author Created: | 2-D artwork |
| Citizen of: | Russia |
| Domiciled in: | Russia |
| Year Born: | 1975 |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Dmitry Valeryevich Barkov |
| | Studencheskaya str. 1-A. 22, Vladimir, 600005, Russia |

## Rights and Permissions

| | |
|---|---|
| Name: | Dmitry Valeryevich Barkov |
| Email: | raidho.dmt@gmail.com |
| Telephone: | +79040390164 |
| Address: | Studencheskaya str. 1-A. 22 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-462-629**

**Effective Date of Registration:**
September 01, 2025
**Registration Decision Date:**
September 11, 2025

## Supplementary Registration

Supplement To: VA0002130606, 2018

## Title

Title of Work: ODIN

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: April 12, 2015
Nation of 1st Publication: United States

## Author

- Author: Dmitry Valeryevich Barkov
  Pseudonym: RAIDHO
  Author Created: 2-D artwork
  Citizen of: Russia
  Domiciled in: Russia
  Year Born: 1975
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Dmitry Valeryevich Barkov
Studencheskaya str. 1-A. 22, Vladimir, 600005, Russia

## Rights and Permissions

Name: Dmitry Valeryevich Barkov
Email: raidho.dmt@gmail.com
Address: Studencheskaya str. 1-A. 22

Page 1 of 2

Vladimir 600005 Russia

## Certification

| | |
|---|---|
| **Name:** | David Denholm, Authorized agent of Dmitry Valeryevich Barkov |
| **Date:** | September 01, 2025 |
| **Applicant's Tracking Number:** | DBSUP2025082715 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding information on basic registration: Consult basic registration for relevant annotations. |
| **Explanation of Corrections:** | Correction of the author and claimant name to show the legal name of the artist, instead of the pseudonym |

